FILED
IN COURT
ASHEVILLE, N. C.

JAN 1 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1: 04 CR |
| | ) | |
| v. | ) | <u>INFORMATION PURSUANT TO</u> |
| | ) | <u>TITLE 21, U.S.C. §851</u> |
| JAMES HARVEY SMITH | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, pursuant to Title 21, United States Code, Section 851, and files this Information with the Court setting forth the defendants' previous convictions for a felony drug offenses, as follows:

1. Defendant JAMES HARVEY SMITH committed said violation after prior conviction for the following felony drug offense had become final: On or about September 10, 1998 he was convicted of Trafficking in Methamphetamine, in the Superior Court of Henderson County, North Carolina.

Respectfully submitted, this the 12th day of December, 2004.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT UNITED STATES ATTORNEY