IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:07CV232
(1:04CR114)

| | |
|---|---|
| JAMES HARVEY SMITH, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Respondent's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion under 28 U.S.C. § 2255.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the time for responding to the Petitioner's § 2255 motion herein is extended to and including April 24, 2008.

Signed: March 26, 2008

Lacy H. Thornburg
United States District Judge